# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Matteo BEATRICE

vs

Robin Baker, Field Director, San Diego Field Office, Immigration & Customs Enforcement

Michael Mukasey, Attorney General of USA

Michael Chertoff, Secretary of Dept of Homeland Security

**FILED**
08 JUL 25 PM 2:20
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: EC DEPUTY

## SUMMONS IN A CIVIL ACTION
Case No.

08 CV 1340 JM CAB

TO: (Name and Address of Defendant)

Michael Mukasey
Attorney General
950 Pennsylvania Ave., NW
Washington DC 20530

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Susan Y. Perez
Law Offices of Jacob Sapochnick
1552 Sixth Ave., Suite 5
San Diego CA 92101

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
**CLERK**

JUL 24 2008
**DATE**

By _____ LLOYD _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 7/25/2008 |
| NAME OF SERVER Susan Perez | TITLE Attorney |
| Check one box below to indicate appropriate method of service | |

Served personally upon the defendant. Place where served: _____

Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

Return unexecuted:

Other (specify): certified mail to Michael Mukasey Attorney General 950 Pennsylvania Ave. NW Washington DC 20530

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL $0.00 |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on:

Date 7/25/08

Signature of Server: Susan Perez

Address of Server: 1552 Sixth Ave, San Diego CA 92101

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)