# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Beatrice

      V.

Baker et al.

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**   08cv1340-JM(CAB)

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the court concludes that Petitioner has not demonstrated any likelihood of success on the merits and the court lacks subject matter jurisdiction to entertain the Petition. Consequently, the court denies the motion for a stay as Petitioner fails to make the requisite showing of success on the merits and dismisses the Petition for lack of subject matter jurisdiction..................................
........................................................................................................................................................
........................................................................................................................................................
........................................................................................................................................................

| August 20, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | S/ T. Lee |
| | (By) Deputy Clerk |
| | ENTERED ON August 20, 2008 |